■ In the Matter of JOHN A. GRAZIANO, as Election Commissioner of the County of Albany and as Member of the Board of Elections of the County of Albany, Appellant, v COUNTY OF ALBANY et al., Respondents. [783 NYS2d 893]—

Mugglin, J. Appeal from a decision of the Supreme Court, Albany County (Benza, J.), dated December 19, 2003, which denied petitioner's application for counsel fees.

Supreme Court awarded petitioner counsel fees in the underlying proceeding (*see* Public Officers Law § 18 [3] [b]) but, by letter decision, declined to award additional counsel fees to petitioner for this private counsel's work in defending the appeal (*see Matter of Graziano v County of Albany*, 309 AD2d 1062, 1063 [2003], *lv granted* 1 NY3d 507 [2004]). As Supreme Court's letter decision contains no language that it is either a judgment or order of the court and since no order was entered thereon (*see* CPLR 5512 [a]), this Court lacks jurisdiction and the appeal must be dismissed (*see Citibank [South Dakota] v Morrissey*, 276 AD2d 963, 963 [2000]).

Crew III, J.P., Peters, Rose and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, without costs.